## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| AVADO BRANDS, INC., a Delaware corporation | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| AppleSouth | |

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 20-2849188 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): 150 Hancock Street Madison, GA ZIP CODE 30650-0000 | Street Address of Joint Debtor (No. & Street, City, and State): ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business: Morgan County, Georgia | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE

**Type of Debtor (Form of Organization)** (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities check this box and state type of entity below)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ other

**Tax-Exempt Entity** (Check one box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $10,000 | $10,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): <br> AVADO BRANDS, INC. | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)** | | |
|---|---|---|
| Location <br> Where Filed:   See Attachment 1 | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor:   See Attachment 2 | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐   Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br>    Signature of Attorney for Debtor(s)          Date |
|---|---|

| **Exhibit C** <br><br> Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐  Yes, and Exhibit C is attached and made a part of this petition. <br><br> ☒  No | **Exhibit D** <br> (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br> ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |
|---|---|

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** | Name of Debtor(s): | FORM B1, Page 3 |
| *(This page must be completed and filed in every case)* | AVADO BRANDS, INC. | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 142(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Donald J. Detweiler (DE Bar No. 3087)
Sandra G. Selzer (DE Bar No. 4283)
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Michael L. Tuchin (CA Bar No. 150375)
David A. Fidler (CA Bar No. 195648)
Stacia A. Neeley (CA Bar No. 233157)
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Raymond P. Barbrick
Printed Name of Authorized Individual
Chief Executive Officer and President
Title of Authorized Individual
September 4, 2007
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
_____

X _____
Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Attachment 1 to Voluntary Petition re**
**Prior Bankruptcy Cases Filed By Debtor and Debtor's Affiliates**

On February 4, 2004, the Debtor and its affiliates filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Cases"). The Cases are styled as In re Avado Brands, Inc., et al. and jointly administered under Case Number 04-31555 (N.D. Tex. 2004).

**Attachment 2 to Voluntary Petition re**
**Pending Bankruptcy Cases Filed By Affiliates**

The following comprises a list of the Debtors who concurrently are filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware:

Don Pablo's Operating Corp.
Don Pablo's Holding Corp.
Don Pablo's Limited, Inc.
Don Pablo's of Texas, LP
Hops of Virginia, Ltd.
The Hops Northeast Florida Joint Venture No. III
Hops of Baltimore County, LLC
Hops NEF, INC.
Hops Alexandria, Inc.
Hops Grill and Bar, Inc.

## CERTIFICATE OF SECRETARY AS TO RESOLUTIONS ADOPTED BY THE BOARD OF DIRECTORS OF AVADO BRANDS, INC.

Reference is made to a special telephonic meeting of the Board of Directors of the Company (the "Board") duly called and noticed, which was held on August 30, 2007. Board members attending telephonically were Chairman David Barr, Rick Barbrick, Eric Todd and Gene Davis. Board members David Breazzano and David Goolgasian did not attend. The undersigned, Kurt J. Schnaubelt, being the duly elected CFO, Treasurer and Secretary of Avado Brands, Inc., a Delaware Corporation (the "Company"), was present telephonically as an invited guest and in his capacity as Company Secretary and does hereby certify that the Board, at such meeting, has duly adopted the following resolutions, and such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that in the judgment of the Board of Directors of the Company it is desirable and in the best interests of the Company, its creditors, its stockholders and other interested parties, that a petition be filed by the Company in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and the filing of such petition is authorized hereby; and it is further

RESOLVED, that each of Raymond P. Barbrick and Kurt J. Schnaubelt be appointed by the Board of Directors of the Company as an authorized signatory (each, an "Authorized Signatory") in connection with the chapter 11 case authorized herein; and it is further

RESOLVED, that each Authorized Signatory and each officer of the Company, together with any other person or persons hereafter designated by the Board of Directors of the Company, or any one of such persons (each, individually, an "Authorized Officer," and, individually and collectively, the "Authorized Officers") be, and each of them hereby is, authorized, empowered and directed, on behalf of the Company, to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Authorized Officer executing said petition on behalf of the Company shall determine; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, directed and

empowered, on behalf of an in the name of the Company, to execute and/or file, or cause to be executed and/or filed (or to direct others to do so on their behalf as provided herein), all necessary documents including, but not limited to, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all other action, that they or any of them deem necessary, proper or desirable in connection with the chapter 11 case contemplated hereby, with a view to the successful prosecution of such case; and it is further

RESOLVED, that the Company as debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code be, and it hereby is, authorized to enter into a debtor-in-possession financing facility, and in connection therewith, to grant any guarantees, pledges, mortgages, and other security instruments containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by any Authorized Officer to obtain such debtor-in-possession financing for the Company or its subsidiaries and affiliates; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is authorized and empowered to execute, deliver, and perform for and on behalf of the Company, as debtor and debtor-in-possession, any documents, agreements, guaranties, instruments, financing statements, undertakings and certificates necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution including, but not limited to, any credit agreement, promissory note, letter of credit application, or other document evidencing the obligations of the Company under the debtor-in-possession financing, and any modifications or supplements thereto, all such materials to be in the form approved by such Authorized Officers, the execution and delivery thereof to be conclusive evidence of such approval; and it is further

RESOLVED that the Authorized Officers be, and each of them hereby is authorized and empowered for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments,

98418.1

agreements or other writings referred to in the foregoing resolutions; and it is further

RESOLVED, that that the firm of Klee, Tuchin, Bogdanoff & Stern LLP ("KTB&S") hereby is retained as chapter 11 bankruptcy counsel for the Company, in connection with the commencement and maintenance of the chapter 11 case, including all contested matters, adversary proceedings, and appeals arising in or from the chapter 11 case, pursuant to the terms and conditions set forth in all written agreements between the Company and KTB&S; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to retain such other professionals as they deem appropriate during the course of the chapter 11 case; and it is further

RESOLVED that the Authorized Officers be, and each of them hereby is, authorized, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, including in connection with the debtor-in-possession financing, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deed of the Company.


IN WITNESS WHEREOF, the undersigned has duly executed this Certificate of Secretary on this _30TH_ day of August, 2007.

98418.1

By: _____
    Kurt J. Schnaubelt
    CFO, Treasurer and Secretary

98418.1

The following **IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AVADO BRANDS, INC., et al., | Case No. 07-_____ (   ) |
| Debtors. | (Joint Administration Requested) |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE
## 30 LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

The following is a consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "List of Creditors").[1] The List of Creditors is prepared in accordance with Fed. R. Bankr. P. 1007(d) for the filing in these chapter 11 cases. The List of Creditors does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

---

[1] Due to the fact that the Debtors have concurrently filed eleven chapter 11 petitions, this consolidated list reflects the 30 largest unsecured creditors for all of the Debtors. The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor.

98722.1

| Name of creditor and complete mailing address including zip code | Name (if available), Telephone Number, Fax Number | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|
| DMA/Gordon Food Service Inc. 333 50th Street SW P.O. Box 2087 Grand Rapids, MI 49501 | P: 800-905-4076 F: 606-717-9504 | Trade Debt | | | | X | $574,567.12 |
| Alix Partners LLC 2000 Town Center Suite 2400 Southfield, MI 48075 | Michael Feder P: 248-358-4420 F: 248-358-1969 | Consulting Fees | X | | | X | $300,000.00 |
| DMA/Reinhart Foodservice, Inc. 1500 St. James Street LaCrosse, WI 54602 | P: 800-332-8598 F: 570-644-2207 | Trade Debt | | | | X | $138,364.45 |
| The Boelter Co., Inc. P.O. Box 1451 Milwaukee, WI 53201-1451 | P: 414-461-3400 F: 414-461-5058 | Trade Debt | | | | | $62,300.04 |
| DMA/Ben E. Keith Foods 7600 Will Rogers Blvd. Fort Worth, TX 76140 | P: 817-877-5700 F: 517-338-1701 | Trade Debt | | | | X | $39,647.73 |
| Southern Wine & Spirits of N FL 6867 Stuart Lane South Jacksonville, FL 32254 | P: 800-342-9556 F: 904-781-3624 | Trade Debt | | | | | $28,419.35 |
| GSC Service, Inc. P.O. Box 64373 St. Paul, MN 55164-0373 | P: 800-822-2303 F: 651-795-5286 | Trade Debt | | | | | $26,937.99 |
| Trimark Foodcraft Dept. at 952107 Atlanta, GA 31192-2107 | P: 336-768-7520 F: 336-768-1708 | Trade Debt | | | | | $24,253.23 |
| Food Service Technologies 5255 Eisenhower Ave. Alexandria, VA 22304 | P: 703-354-3835 F: 703-354-6106 | Trade Debt | | | | | $16,655.61 |
| Daniels & Lewis, LLC 10 Lancer Drive Cartersville, GA 30120 | P: 770-655-1867 F: 770-387-0072 | Trade Debt | | | | | $14,394.02 |

987 2.1

| Name of creditor and complete mailing address including zip code | Name (if available), Telephone Number, Fax Number | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Sirna & Sons Produce 7170 State Rt. 88 Ravenna, OH 44266 | P: 330-298-2222 F: 330-298-9733 | Trade Debt | | | | | $13,997.03 |
| National Contracting Services 2900 Bristol St., Suite G-106 Costa Mesa, CA 92626 | P: 714-719-2194 F: 888-209-8388 | Trade Debt | | | | | $13,898.89 |
| Revenue Management Solutions, LLC 777 South Harbour Island Boulevard, Suite 890 Tampa, FL 33602 | P: 813-277-0034 F: 813-277-0120 | Trade Debt | | | | | $13,750.00 |
| TW2 Services, Inc. 150 Maritime Dr. Sanford, FL 32771 | P: 407-695-6700 F: 407-330-7451 | Trade Debt | | | | | $11,513.29 |
| Produce Distribution Center, LLC 2208 W. 21st Street Jacksonville, FL 32209 | P: 904-366-1368 F: 904-366-1370 | Trade Debt | | | | | $10,662.47 |
| Olinger Distrib. P.O Box 151 Indianapolis, IN 46206 | P: 317-876-0088 F: 866-637-6021 | Trade Debt | | | | | $10,253.64 |
| American Express P.O Box 360001 Ft. Lauderdale, FL 33336-0001 | P: 800-528-2122 F: 602-744-9206 | Trade Debt | | | | | $10,220.75 |
| Sigel's Beverages, L.P. 2960 Anode Lane Dallas, TX 75220 | P: 214-350-9941 F: 214-351-4061 | Trade Debt | | | | | $9,744.62 |
| Creative Lodging P.O Box 910690 Lexington, KY 40591 | P: 859-381-1825 F: 859-225-4477 | Trade Debt | | | | | $9,270.86 |
| Edwards Electrical & Mechanical P.O Box 3671 Evansville, IN 47736 | P: 317-543-3460 F: 317-543-3476 | Trade Debt | | | | | $8,288.44 |

987.2.1

| Name of creditor and complete mailing address including zip code | Name (if available), Telephone Number, Fax Number | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Altemp Mechanical Inc. 925 Osprey Blvd. Bay Port, MN  55003 | P: 612-616-2297 F: 651-275-4005 | Trade Debt | | | | | $7,565.68 |
| Fishbowl Inc. Dept. at 952733 Atlanta, GA  31192-2733 | P: 703-836-3421 F: 703-836-3422 | Trade Debt | | | | | $7,561.88 |
| Quality Wine P.O. Box 1145 Minneapolis, MN  55440-1145 | P: 952-854-8600 F: 952-851-0501 | Trade Debt | | | | | $7,388.31 |
| Belram Foodservice Group 6800 N. Florida Ave. Tampa, FL  33604 | P: 813-239-1136 F: 813-238-6673 | Trade Debt | | | | | $7,210.52 |
| Performance Air Mechanical, Inc. 4801 Johnson Rd., Suite 8 Coconut Creek, FL.  33073 | P: 954-419-9740 F: 954-419-9747 | Trade Debt | | | | | $6,991.04 |
| DMA/Shamrock Foods Co. 2541 N. 29th Avenue Phoenix, AZ  85009 | P: 800-289-3595 F: 303-288-5667 | Trade Debt | | | | X | $6,859.96 |
| Micros ITS 820 Gessner, Suite 1600 Houston, TX  77024 | P: 713-468-7300 F: 713-468-7199 | Trade Debt | | | | | $6,652.36 |
| Three G Services, Inc. 1670-C Harmon Ave. Columbus, OH  43223-3350 | P: 614-443-4447 F: 614-443-4445 | Trade Debt | | | | | $6,492.07 |
| Ecolab P.O. Box 6009 Grand Forks, ND  58206-6009 | P: 800-325-1671 F: 701-775-3262 | Trade Debt | | | | | $6,090.00 |
| EHS Management of MN 3112 Hennepin Aveue S. Minneapolis, MN  55408 | P: 612-821-1221 F: 612-824-0116 | Trade Debt | | | | | $6,000.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AVADO BRANDS, INC , et al., | Case No. 07-_____ ( ) |
| Debtors. | (Joint Administration Requested) |

### CERTIFICATION CONCERNING CONSOLIDATED LIST
### OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

The debtors and debtors in possession (the "Debtors") in the captioned cases, hereby certify under penalty of perjury that the *Consolidated List of Creditors Holding 30 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtors' knowledge correct and consistent with Debtors' books and records.

The information contained therein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated List of Creditors Holding 30 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any of the listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of September, 2007.

_____
Raymond P. Barbrick, Authorized Signatory

987221

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AVADO BRANDS, INC., | Case No. 07- |
| Debtors. | |

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

Avado Brands, Inc., a debtor and debtor in possession (the "Debtor") in the captioned case, hereby certifies under penalty of perjury that the following *List of Equity Security Holders* of the Debtor, pursuant to Local Rule 1007-1(a) of the Bankruptcy Court for the District of Delaware, is complete and to the best of the Debtor's knowledge, correct and consistent with the Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of September, 2007.

_____
Raymond P. Barbrick, Authorized Signatory

[List of Equity Security Holders on Following Page(s)]

0836: 1

## LIST OF EQUITY SECURITY HOLDERS OF
## AVADO BRANDS, INC. CONVERTIBLE PREFERRED STOCK

| Holder Name | Number of Shares Held | % of Total Convertible Preferred Shares |
|---|---|---|
| B III-A Capital Partners, LP | 12,223 | 2.70% |
| B IV Capital Partners, LP | 267,236 | 59.08% |
| GMAM Investment Funds II | 170,892 | 37.78% |
| DDJ October Fund Onshore Feeder, Limited Partnership | 1,239 | .27% |
| October OS Investment Sub 2005, Ltd | 715 | .16% |
| **Total Shares Issued and Outstanding** | **452,305** | **99.99%** |
| **Total Holders of Record** | **5** | |
| **Total Unallocated Shares** | **2.69** | **.0006%** |
| **Total Shares** | **452,307.69** | **100%** |

# LIST OF EQUITY SECURITY HOLDERS OF
# AVADO BRANDS, INC. COMMON STOCK

| Holder Name | Number of Shares Held | % of Total Common Shares |
|---|---|---|
| Goldman Sachs & Co Total | 179,927 | 25.57% |
| State Street Bank And Trust Co Total | 105,594 | 15.00% |
| Citigroup Global Markets Inc Total | 65,101 | 9.25% |
| US Bancorp Investments Inc Total | 51,761 | 7.36% |
| B IV Capital Partners LP Total | 38,244 | 5.43% |
| Sigler & Co. Total | 37,363 | 5.31% |
| Bear Stearns Securities Corp Total | 28,457 | 4.04% |
| Southlake & Co Total | 27,913 | 3.97% |
| Cudd & Co. Total | 17,823 | 2.53% |
| Pubs Property LLC Total | 14,713 | 2.09% |
| Kane & Co. Total | 13,806 | 1.96% |
| Bank One Trust Company Total | 12,090 | 1.72% |
| Pershing LLC Total | 9,090 | 1.29% |
| Credit Suisse First Boston Total | 7,854 | 1.12% |
| Northern Trust Co F/B/O Summit High Yield Bond Total | 6,435 | 0.91% |
| National Financial Services LLC Total | 5,468 | 0.78% |
| Northern Trust Co F/B/O Summit Bond Fund Total | 4,803 | 0.68% |
| UBS Financial Services Inc Total | 4,525 | 0.64% |
| Raymond James & Associates Inc Total | 3,426 | 0.49% |
| Westwayne Inc Total | 2,967 | 0.42% |
| Bank Of New York Total | 2,719 | 0.39% |
| Morgan Keegan & Company Inc Total | 2,568 | 0.36% |
| First Clearing LLC Total | 2,308 | 0.33% |
| Charles Schwab & Co Inc Total | 1,903 | 0.27% |
| Merrill Lynch Pierce Fenner & Smith Total | 1,674 | 0.24% |
| Ingalls & Snyder LLC Total | 1,631 | 0.23% |
| Northern Trust Co F/B/O Summit Bond Portfolio Total | 1,601 | 0.23% |
| South Harbor Plaza Joint Venture Total | 1,310 | 0.19% |
| Raymond P Barbrick Total | 1,250 | 0.18% |
| ADP Clearing & Outsourcing Svcs Total | 1,154 | 0.16% |
| Darlyn M Hildenbrand Total | 1,128 | 0.16% |
| Debra Bolin Total | 1,128 | 0.16% |
| Kristi M Berlin Total | 1,118 | 0.16% |
| Mesha R Gilbert Total | 1,114 | 0.16% |
| Pension Financial Services Total | 1,027 | 0.15% |
| Macerich Co-Camelback Colonnade Assoc. Total | 1,003 | 0.14% |
| First Southwest Company Total | 979 | 0.14% |
| Alicija Bialowicz Total | 906 | 0.13% |
| A G Edwards & Sons Inc | 852 | 0.12% |
| KIMCO Miamisburg 714, Inc. Total | 725 | 0.10% |
| The Landing At Arbor Place II LLC Total | 718 | 0.10% |
| Curtis 1000 Total | 685 | 0.10% |
| Dallas Basketball Limited Total | 652 | 0.09% |
| R & L Carpenter Enterprises LLC Total | 644 | 0.09% |

| Holder Name | Number of Shares Held | % of Total Common Shares |
|---|---|---|
| Morgan Stanley DW Inc Total | 643 | 0.09% |
| Arthur Bruno Total | 638 | 0.09% |
| McIntyre Square Assoc. Total | 627 | 0.09% |
| David Barr Total | 625 | 0.09% |
| Realty Income Corp Total | 621 | 0.09% |
| Legacy Aggressive High Yield Fund LP Total | 604 | 0.09% |
| Walt Disney Parks & Resorts Total | 596 | 0.08% |
| Miko Investments LLC Total | 578 | 0.08% |
| Unifirst Corporation Total | 546 | 0.08% |
| W l Co Assoc LLC & Summit North Total | 528 | 0.08% |
| The Simpson Organization Inc. Total | 497 | 0.07% |
| GSH Lodging LLC CSM Corporation Total | 485 | 0.07% |
| Briargrove Tollway Ltd Total | 482 | 0.07% |
| Michael Rowland Total | 460 | 0.07% |
| Ehrhart Oxford Valley II LLC Total | 450 | 0.06% |
| Legg Mason Wood Walker Inc Total | 429 | 0.06% |
| National Investor Services Corp Total | 423 | 0.06% |
| BTS West Mifflin Total | 419 | 0.06% |
| Beltram Foodservice Group Total | 418 | 0.06% |
| Gwinnett Place Total | 418 | 0.06% |
| Andrew Kaufman Total | 368 | 0.05% |
| Karen Cox Total | 368 | 0.05% |
| Jefferies & Company Inc Total | 338 | 0.05% |
| Total Gas & Electric Total | 331 | 0.05% |
| Lehman Brothers Inc Total | 302 | 0.04% |
| The October Fund LP Total | 302 | 0.04% |
| Cushman & Wakefield Inc Total | 287 | 0.04% |
| CBL & Assoc. LP Total | 284 | 0.04% |
| Ecolab Inc Total | 282 | 0.04% |
| First Choice Power Inc Total | 278 | 0.04% |
| Southwest Securities Inc Total | 272 | 0.04% |
| Kurt J Schnaubelt Total | 250 | 0.04% |
| Laura Del Valle Total | 236 | 0.03% |
| Grubb & Ellis Company Total | 226 | 0.03% |
| Walter Lee Holton Jr Total | 218 | 0.03% |
| GCS Service Total | 215 | 0.03% |
| Edward D Jones & Co Total | 211 | 0.03% |
| Barry Becher Total | 202 | 0.03% |
| Monroe Mechanical Total | 193 | 0.03% |
| Murphy & Durieu Total | 187 | 0.03% |
| Equiptech Total | 185 | 0.03% |
| Vilma Judy and Michael E Campeau | 181 | 0.03% |
| John H Hodgers, IRA RBC Dain Rauscher Custodian Total | 181 | 0.03% |
| Ms. Rawaa S. Hadid Total | 181 | 0.03% |
| Dunbar Armored Inc Total | 178 | 0.03% |
| The Invironmentalists Total | 177 | 0.03% |
| Dunedin Fish Co Total | 157 | 0.02% |

| Holder Name | Number of Shares Held | % of Total Common Shares |
|---|---|---|
| Minnesota Vikings Total | 156 | 0.02% |
| Nuco2 Inc Total | 154 | 0.02% |
| Xcel Energy Total | 153 | 0.02% |
| Jack B Robinson, IRA Total | 151 | 0.02% |
| Robert M Trinen, Robert M Trinen Living Trust U/A DTD 12/12/1997 Total | 151 | 0.02% |
| Trimark Foodcraft Total | 147 | 0.02% |
| Law Offices of Daryl Q Stringer PA Total | 145 | 0.02% |
| Venture Construction Company Total | 144 | 0.02% |
| Facilitec Total | 139 | 0.02% |
| Mesirow Financial Inc Total | 139 | 0.02% |
| Centerpoint Energy Minnegasco Total | 135 | 0.02% |
| Michael A Lightman Total | 135 | 0.02% |
| The Boelter Companies Total | 131 | 0.02% |
| Dimension Construction Total | 128 | 0.02% |
| Argo Partners Total | 126 | 0.02% |
| Florida Power & Light Company Total | 123 | 0.02% |
| Service Management Group Total | 123 | 0.02% |
| Legent LLC Total | 121 | 0.02% |
| Morris B Leonard TTEE Total | 121 | 0.02% |
| Anthony V Dziepak | 119 | 0.02% |
| Interstate Gas Supply Inc Total | 115 | 0.02% |
| Quaker Real Estate LLC Total | 115 | 0.02% |
| Cincinnati Bengals Inc Total | 113 | 0.02% |
| BGE Total | 112 | 0.02% |
| Food Service Technologies Total | 111 | 0.02% |
| JG Winston Salem LLC Total | 110 | 0.02% |
| Quality Refrigeration Total | 110 | 0.02% |
| Greenville County Tax Collector Total | 108 | 0.02% |
| Regen Capital I Total | 108 | 0.02% |
| Consumers Energy Company Total | 107 | 0.02% |
| FSG Energy Services Total | 104 | 0.01% |
| Seaworld Seafood Dist Total | 101 | 0.01% |
| Robert Hogan Total | 100 | 0.01% |
| Seattle Fish Co Total | 100 | 0.01% |
| DTE Energy Detroit Edison & Michigan Total | 98 | 0.01% |
| F Earle Gaulden Total | 97 | 0.01% |
| Jessie Moran Total | 97 | 0.01% |
| Tensaw Land & Timber Total | 97 | 0.01% |
| Washington Gas Energy Services Total | 95 | 0.01% |
| Northern States Power Co Total | 94 | 0.01% |
| Jean Lewis Total | 92 | 0.01% |
| Vigues Ines Total | 92 | 0.01% |
| Muzak National Total | 89 | 0.01% |
| RJH Air Conditioning & Refrigeration Total | 87 | 0.01% |
| Apt Centra Florida Total | 84 | 0.01% |
| Pauline A White, IRA RBC Dain Rauscher Custodian Total | 84 | 0.01% |

| Holder Name | Number of Shares Held | % of Total Common Shares |
|---|---|---|
| The Waldinger Corporation Total | 83 | 0.01% |
| TG&E Total | 80 | 0.01% |
| Vensel Corporation Total | 80 | 0.01% |
| Ameritrade Inc Total | 79 | 0.01% |
| Columbia Gas Of Virginia Inc Total | 79 | 0.01% |
| Progress Energy Total | 79 | 0.01% |
| Abacus Business Computers Total | 78 | 0.01% |
| Anthony Banford Total | 78 | 0.01% |
| DecisionOne Corporation Total | 77 | 0.01% |
| Sandelman & Associates Inc Total | 77 | 0.01% |
| Cincinnati Gas & Electric Total | 74 | 0.01% |
| RBC Dain Rauscher Inc Total | 64 | 0.01% |
| David T Aronberg, PA Total | 62 | 0.01% |
| Albert E Scott & Maxine D Scott JTTEN Total | 61 | 0.01% |
| American Enterprise Investment Svcs Total | 60 | 0.01% |
| Beverly A Van Leeuwen-Partin TTEE Total | 60 | 0.01% |
| Brian J Grover, Cyndie L Grover JT TEN/WROS Total | 60 | 0.01% |
| Brown Co LLC Total | 60 | 0.01% |
| Keybank Total | 60 | 0.01% |
| Malinda L Douthitt Total | 60 | 0.01% |
| Ralph W Bachman Jr & Linda Felker TTEES Ralph W Bachman Jr IRREV TR Total | 60 | 0.01% |
| Robert L Jones, IRA RBC Dain Rauscher Custodian Total | 60 | 0.01% |
| Scotttrade Inc Total | 60 | 0.01% |
| Gary E Scheuneman, IRA RBC Dain Rauscher Custodian Total | 48 | 0.01% |
| Stifel Nicolaus & Company Inc Total | 48 | 0.01% |
| Clark Sapp Total | 44 | 0.01% |
| Davenport & Company LLC Total | 42 | 0.01% |
| James O Voss, IRA RBC Dain Rauscher Custodian Total | 36 | 0.01% |
| Jane L Shellum, Curtis L Shellum JT TEN/WROS Total | 36 | 0.01% |
| Ann S Farina TTEE Ann S Farina Trust U/A DTD 04/20/2001 Total | 30 | 0.00% |
| E Trade Clearing LLC Total | 30 | 0.00% |
| Gerald W Kotrba, IRA RBC Dain Rauscher Custodian Total | 30 | 0.00% |
| H&R Block Financial Advisors Inc Total | 30 | 0.00% |
| J J B Hilliard W L Lyons Inc Total | 30 | 0.00% |
| Marciel A Tomich TTEE Total | 30 | 0.00% |
| Primevest Financial Servies Inc Total | 30 | 0.00% |
| PTC Cust IRA FBO William B Walls Total | 30 | 0.00% |
| Sandra Faye Snyder TTEE, Sandra Faye Snyder Rev Trust U/A DTD 11/04/2003 Total | 30 | 0.00% |
| USAA Investment Management Co Total | 30 | 0.00% |
| Wells Fargo Investments LLC Total | 30 | 0.00% |
| Law Offices of Roy L Glass Total | 29 | 0.00% |
| Wedbush Morgan Securities Inc Total | 18 | 0.00% |
| JA Glynn & Company Total | 12 | 0.00% |

| Holder Name | Number of Shares Held | % of Total Common Shares |
|---|---|---|
| Egger & Co. Total | 1 | 0.00% |
| **Total Holders of Record** | **183** | |
| **Total Shares Issued and Outstanding** | **692,830** | **98.45%** |
| **Total Shares Held in Reserve** | **10,920** | **1.55%** |
| **Total Shares** | **703,750** | **100%** |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| AVADO BRANDS, INC., et al.,[1] | Case No. 07-_____ |
| Debtors. | (Joint Administration Requested) |

**CERTIFICATION OF CONSOLIDATED LIST OF CREDITORS**

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1007-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), a consolidated list of creditors (the "List of Creditors") of each of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") is filed by attachment hereto.

The List of Creditors has been prepared on a consolidated basis from the books and records of each of the Debtors as of August 31, 2007. The undersigned, a duly authorized officer of each of the Debtors, hereby certifies that the List of Creditors contains the names and addresses of all creditors of the Debtors that could be ascertained after diligent inquiry, based on a review of the Debtors' books and records, and is consistent with the information contained therein. The Debtors will update the List of Creditors as more information becomes available. To the extent practicable, the List of Creditors complies with Local Rule 1007-1(a).

The information contained in the List of Creditors is based on a review of the Debtors'

---

[1] The Debtors are the following entities: Avado Brands, Inc., a Delaware corporation (EIN XX-XXX9188); Don Pablo's Holding Corp., a Delaware corporation (EIN XX-XXX6293); Don Pablo's Limited, Inc., an Ohio corporation (EIN XX-XXX6732); Don Pablo's of Texas, LP, a Texas limited partnership (EIN XX-XXX6160); Don Pablo's Operating Corp., an Ohio corporation (EIN XX-XXX4685); Hops Alexandria, Inc., a Florida corporation (EIN XX-XXX9671); Hops Grill and Bar, Inc., a Florida corporation (EIN XX-XXX2652); Hops NEF, Inc., a Florida corporation (EIN XX-XXX9670); The Hops Northeast Florida Joint Venture No. III, a Florida general partnership (EIN XX-XXX1956); Hops of Baltimore County, LLC, a Florida limited liability company (EIN XX-XXX8578); Hops of Virginia, Ltd., a Florida limited partnership (EIN XX-XXX5077). Debtors' Address: 150 Hancock Street, Madison, Georgia 30650

98523.1

books and records   However, the Debtors have not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the List of Creditors.   In addition, certain of the entities included in the List of Creditors may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtors for purposes of these chapter 11 cases.   Therefore, this listing does not and should not be deemed to constitute either (i) a waiver of any defenses to any claims that may be asserted against the Debtors, (ii) an acknowledgement of the validity or amount of any claims that may be asserted against the Debtors; or (iii) a waiver of any other right or legal position of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of September, 2007.

Raymond P. Barbrick, Authorized Signatory