# EXHIBIT A

**AVADO BRANDS, INC. & SUBSIDIARIES**
**CORPORATE ORGANIZATION CHART**
**DEBTORS**



EXHIBIT A