**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| DON PABLO'S LIMITED, INC., | Case No. 07-11278 |
| Debtor. | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR
DON PABLO'S LIMITED, INC.**

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTORS' SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Schedules and Statements") filed by Avado Brands, Inc.; Don Pablo's Holding Corp.; Don Pablo's Limited, Inc.; Don Pablo's of Texas, LP; Don Pablo's Operating Corp.; Hops Alexandria, Inc.; Hops Grill and Bar, Inc.; Hops NEF, Inc.; The Hops Northeast Florida Joint Venture No. III; Hops of Baltimore County, LLC; and Hops of Virginia, Ltd. (collectively, herein referred to as the "Debtors"), debtors and debtors-in-possession in the above-captioned chapter 11 cases, were prepared pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007 by management of the Debtors and are unaudited. While management of the Debtors has made reasonable efforts to file complete and accurate Schedules and Statements based upon information available at the time of preparation, the Schedules and Statements remain subject to further review and verification by the Debtors. The subsequent receipt of information may result in material changes in data contained in the Schedules and Statements, which would warrant amendment of same. Additionally, while the Debtors have endeavored to file complete and accurate Schedules and Statements, inadvertent errors and omissions may exist. Certain information set forth in the Schedules and Statements is duplicative of information previously disclosed in the Debtors' Chapter 11 Petitions or related first day papers. In the course of preparing these Schedules and Statements, the Debtors reviewed and, where appropriate, revised such information, to the best of their ability, to reflect post-petition accounting adjustments made according to the Debtors' normal accounting practices. The Debtors reserve their right to amend the Schedules and Statements from time to time as may be necessary or appropriate, and expect to do so, as information becomes available. This Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements (the "Global Notes") is incorporated by reference in, and comprises an integral part of, the Schedules and Statements and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1) <u>Description of the Cases and "As Of" Information Date</u>. On September 5, 2007 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Bankruptcy Court under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. Sections 101-1532 (the "Bankruptcy Code"). The Debtors' Chapter 11 cases are being jointly administered under Case number 07-11276 (MFW). The Debtors currently are operating their businesses and possessing their property as debtors-in-possession under Sections 1107 and 1108 of the Bankruptcy Code. Except as otherwise noted, all information contained in the Schedules and Statements is as of the Petition Date. The Debtors have made every reasonable effort to allocate liabilities between pre-Petition Date and post-Petition Date periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. Additional information may become available that would cause the allocation of liabilities between pre-Petition Date and post-Petition Date periods to change. If this occurs, the Debtors will make appropriate amendments to the Schedules and Statements.

2) <u>Basis of Presentation</u>. These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles

("GAAP") nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtors.  The amounts set forth in the Schedules and Statements differ in some respects from the consolidated financial statements of the Debtors and are not a basis for drawing conclusions concerning the Debtors' solvency or the specific dollar amount of disputed, contingent, or unliquidated claims.

    3)  <u>Summary of Significant Reporting Policies</u>.  The following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

    a.  <u>Fair Market Value; Book Value</u>.  Unless otherwise indicated, the Schedules and Statements reflect each asset of the Debtors based upon its book value, where known.

    b.  <u>Inventories</u>.  Inventories are valued in the Schedules and Statements on a cost basis.

    c.  <u>Real Property and Personal Property–Leased</u>.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including furniture, fixtures and equipment, from certain third-party lessors.  All such known leases are set forth in the Schedules and Statements.  The property subject to leases is not reflected in the Schedules and Statements as either owned property or assets of the Debtors or property or assets of third-parties within the control of the Debtors.  However, nothing in the Schedules or Statements is, or shall be construed as, an admission or determination as to the legal status of any lease  and the Debtors reserve all rights with respect to all such issues.

    d.  <u>Causes of Action</u>.  The Debtors have attempted to set forth known causes of action against third parties in their Schedules and Statements.  The Debtors reserve all of their rights with respect to any causes of action they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any cause of action.

    e.  <u>Schedule D</u>.  Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, priority, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, except as otherwise provided in an order of the court, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of

any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Certain of the Debtors' agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.  No attempt has been made to identify such agreements for purposes of including them on Schedule D.  The Debtors' failure to designate a claim on Schedule D as "contingent," "unliquidated" or "disputed" does not constitute an admission by the Debtors that such claim is not contingent, unliquidated, or disputed, and the Debtors reserve the right to dispute, or to assert offsets or defenses to, any claims reflected on Schedule D as to amount, liability, classification or otherwise and to subsequently designate any such claim as disputed, contingent or unliquidated.

Lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D.

The Claims listed on Schedule D are subject to further review, reconciliation and amendment by the Debtors.

f.    Schedule E.  The Bankruptcy Court has entered certain orders granting authority for the Debtors to make payments to certain parties who may otherwise have sought priority under Sections 507(a)(4), 507(a)(5) and 507(a)(7) of the Bankruptcy Code.  To the extent the Debtor made payments as permitted under the applicable orders, the recipients, including the Debtors' employees, are not listed herein.  The Debtors' employees nevertheless will have the opportunity to file proofs of claim asserting any unpaid prepetition claims that they believe are owing notwithstanding the payments made post-Petition Date.

The claims listed on Schedule E are subject to further review, reconciliation and amendment by the Debtors.  Among other things, the Debtors' characterization of the taxing authority claims listed in Schedule E as priority claims is preliminary in nature and the Debtors reserve their right to amend Schedule E and/or dispute and challenge whether, and to what extent, such claims are entitled to priority.

g.    Schedule F.  The Bankruptcy Court has entered certain orders granting the Debtors authority to make payments to certain parties who otherwise may have asserted unsecured, non-priority claims.  Accordingly, certain claims may have been paid by the Debtors post-Petition Date pursuant to the applicable order and are not listed herein.

Schedule F does not include certain general accruals for liabilities, which were carried on the Debtors' books and records as of the Petition Date.  Such accruals are general estimates of liabilities, such as accrued construction costs, accrued costs of access and other general accrued liabilities.  These accruals do not represent specific claims as of the Petition Date.

The claims listed in Schedule F were incurred on various dates. A determination of each date upon which each claim in Schedule F was incurred or arose would be costly and unduly burdensome.

The Claims listed on Schedule F are subject to further review, reconciliation and amendment by the Debtors.

h.  <u>Schedule G</u>.  While every effort has been made to ensure the accuracy of the "Schedule of Executory Contracts," inadvertent errors or omissions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth in Schedule G, or the validity or enforceability of any contracts, agreements or documents listed therein. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

Certain of the contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Additionally, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements. Such agreements, if any, are not set forth in Schedule G. Schedule G does not include all equipment and inventory purchase orders.

Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. In addition, the omission of a contract or agreement from this Schedule does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules as well as any contract or agreement omitted from these Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.

i.  <u>Disputed, Contingent and/or Unliquidated Claims</u>.  Schedules D, E and F permit each of the Debtors to designate a claim as disputed, contingent and/or

unliquidated.   The failure to designate a claim on any of these Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection.   The Debtors reserve the right to dispute, object to, assert counter-claims, rights of setoff, rights of recoupment, or defenses to, subordinate, avoid, and/or obtain reclassification of any claim or any interest in property securing such claim.

The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts.

The claims of individual creditors for, *inter alia*, merchant goods, services, or taxes are generally listed at the amounts invoiced by such creditor as reflected in the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors.   The Debtors reserve all of their rights with respect to any such credits and allowances.

**Official Form 6 - Summary (10/06)**
**UNITED STATES BANKRUPTCY COURT**
 **District of Delaware**

**In re: Don Pablo's Limited, Inc.**                                           **Case No. 07-11278(MFW)**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 7 | $0.00 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $47,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $13,913,959.45 | |
| F - Creditors Holding Unsecured NonPriority Claims | YES | 1 | | $0.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | N/A | | | |
| J - Current Expenditures of Individual Debtor(s) | NO | N/A | | | |
| **TOTAL** | | 17 | **$0.00** | **$60,913,959.45** | |

**Official Form 6 - Summary (10/06)**
**UNITED STATES BANKRUPTCY COURT**
 **District of Delaware**

In re: Don Pablo's Limited, Inc.                                                                 **Case No. 07-11278(MFW)**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)),
filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information
here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | N/A |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $13,913,959.45 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | N/A |
| Student Loan Obligations (from Schedule F) | N/A |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | N/A |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $13,913,959.45 |

**State the following:**

| | |
|---|---|
| H - Codebtors | Yes |
| I - Current Income of Individual Debtor(s) | N/A |
| J - Current Expenditures of Individual Debtor(s) | N/A |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | Unknown |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $13,913,959.45 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $0.00 |

FORM B6A (10/05)

**In re: Don Pablo's Limited, Inc.**                                                                **Case No. 07-11278(MFW)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.   If a joint petition is filed, state whether husband, wife, both of them jointly, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR MORTGAGE | AMOUNT OF SECURED CLAIM OR MORTGAGE |
|---|---|---|---|---|
| NONE | | | | |
| | | Subtotal (Total on this page) | $0.00 | |
| | | Total  (Report total also on Summary of Schedules) | $0.00 | |

FORM B6B (10/05)

**In re: Don Pablo's Limited, Inc.**                                                        **Case No. 07-11278(MFW)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category attach a separate sheet properly identified with the case name, case number and the number of the category.   If a joint petition is filed, state whether husband, wife, both of them jointly, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."   If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

Subtotal (Total on this page)  | $0.00

FORM B6B (10/05)

**In re: Don Pablo's Limited, Inc.**                                                                                        **Case No. 07-11278(MFW)**

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | See detail at Avado Brands, Inc., Case No. 07-11276 | | Unknown |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Subtotal (Total on this page)          **$0.00**

FORM B6B (10/05)

In re: Don Pablo's Limited, Inc.                                              Case No. 07-11278(MFW)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | | Don Pablo's of Texas LP 150 Hancock St., Madison, GA 30650 Restaurant Operator - 80% ownership | | $0.00 |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts Receivable. | X | | | |

Subtotal (Total on this page)          **$0.00**

FORM B6B (10/05)

**In re: Don Pablo's Limited, Inc.**             **Case No. 07-11278(MFW)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Subtotal (Total on this page)      **$0.00**

FORM B6B (10/05)

**In re: Don Pablo's Limited, Inc.**                                   **Case No. 07-11278(MFW)**

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |

Subtotal (Total on this page)          **$0.00**

FORM B6B (10/05)

**In re: Don Pablo's Limited, Inc.**                                              **Case No. 07-11278(MFW)**

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |

Subtotal (Total on this page)                         **$0.00**

FORM B6B (10/05)

**In re: Don Pablo's Limited, Inc.**                                                      **Case No. 07-11278(MFW)**

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed.  Itemize. | X | | | |

|  | |
|---|---|
| Subtotal (Total on this page) | **$0.00** |
| Total  (Report total also on Summary of Schedules) | **$0.00** |

Official Form 6D (10/06)

**In re: Don Pablo's Limited, Inc.**                                    **Case No. 07-11278(MFW)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| DDJ CAPITAL MANAGEMENT LLC DAVID GOOLGASIAN STONY BROOK OFFICE PARK 130 TURNER STREET BUILDING 3 SUITE 600 WALTHAM, MA 02453 | X | | Revolver, Term B, Term B1 (exclusive of accrued interest, fees, costs, and other charges) | | | | $47,000,000.00 | Unknown |

|  | | |
|---|---|---|
| Subtotal (Total on this page) | **$47,000,000.00** | **$0.00** |
| Total | **$47,000,000.00** | **$0.00** |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Footnote:
(1)  See detail at Avado Brands, Inc., case number 07-11276

Official Form 6E (04/07)

**In re: Don Pablo's Limited, Inc.**                                    **Case No. 07-11278(MFW)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Official Form 6E (04/07) - Cont.

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507 (a)(10).

*Amounts are subject to adjustment on April 1, 2010 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Official Form 6E (04/07) - Cont.

**In re: Don Pablo's Limited, Inc.**                                    **Case No. 07-11278(MFW)**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| See attached Schedule E | | | | | | | $13,913,959.45 | $13,913,959.45 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| Subtotal (Total on this page): | **$13,913,959.45** | **$13,913,959.45** | **$0.00** |
| Total: | **$13,913,959.45** |  |  |
| Totals: |  | **$13,913,959.45** | **$0.00** |

In re: Don Pablo's Limited, Inc.
**Case No. 07-11278**
Schedule E
Creditors Holding Unsecured Priority Claims

| Creditor's Name | Address 1 | Adress 2 | City | State | Zip | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Total amount of claim | Amount entitled to priority | Amount not entitled to priority, if any | Type of Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO Department of Revenue | | | Denver | CO | 80261-0008 | Hops Grill and Bar, Inc | 2003-2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| CO Department of Revenue | | | Denver | CO | 80261-0008 | Hops NEF, Inc. | 2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| CO Department of Revenue | | | Denver | CO | 80261-0008 | Hops Alexandria, Inc. | 2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| IL Department of Revenue | PO Box 109045 | | Springfield | IL | 62794-9045 | Avado Brands, Inc. | 2003-2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| IL Department of Revenue | PO Box 109045 | | Springfield | IL | 62794-9045 | Don Pablo's Operating Corp. | 2003-2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| IL Department of Revenue | PO Box 109045 | | Springfield | IL | 62794-9045 | Don Pablo's Holding Corp. | 2003-2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| IL Department of Revenue | PO Box 109045 | | Springfield | IL | 62794-9045 | Hops Grill and Bar, Inc | 2003-2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| IL Department of Revenue | PO Box 109045 | | Springfield | IL | 62794-9045 | Hops NEF, Inc. | 2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| IL Department of Revenue | PO Box 109045 | | Springfield | IL | 62794-9045 | Hops Alexandria, Inc. | 2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| Internal Revenue Service | | | Ogden | UT | 84201 | Avado Brands, Inc. | 2003-2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| Internal Revenue Service | | | Ogden | UT | 84201 | Don Pablo's Operating Corp. | 2003-2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| Internal Revenue Service | | | Ogden | UT | 84201 | Hops Alexandria, Inc. | 2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| Internal Revenue Service | | | Ogden | UT | 84201 | Hops Grill & Bar, Inc. | 2003-2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| Internal Revenue Service | | | Ogden | UT | 84201 | Hops NEF, Inc. | 2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| Internal Revenue Service | c/o US Dept. of Justice | 717 N. Harwood, Ste. 400 | Dallas | TX | 75201 | Avado Brands, Inc., et al. | 3/26/2001 | | | X | $13,913,959.45 | $13,913,959.45 | $0.00 | Tax |
| OH Department of Taxation | PO Box 804 | | Columbus | OH | 43216-0804 | Avado Brands, Inc. | 2005-2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| OH Department of Taxation | PO Box 804 | | Columbus | OH | 43216-0804 | Don Pablo's Holding Corp. | 2005-2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| OH Department of Taxation | PO Box 804 | | Columbus | OH | 43216-0804 | Don Pablo's Operating Corp. | 2005-2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| OH Department of Taxation | PO Box 804 | | Columbus | OH | 43216-0804 | Hops Alexandria, Inc. | 2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| OH Department of Taxation | PO Box 804 | | Columbus | OH | 43216-0804 | Hops Grill & Bar, Inc. | 2005-2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| OH Department of Taxation | PO Box 804 | | Columbus | OH | 43216-0804 | Hops NEF, Inc. | 2006 | | | | $0.00 | $0.00 | $0.00 | Tax |
| | | | | | | | | | | TOTAL: | $13,913,959.45 | $13,913,959.45 | $0.00 | |

Official Form 6F (10/06)

**In re: Don Pablo's Limited, Inc.**                                           **Case No. 07-11278(MFW)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| NONE | | | | | | | |
| | | | Subtotal (Total on this page) | | | | **$0.00** |
| | | | Total | | | | **$0.00** |
| | | | (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

FORM B6G (10/05)

**In re: Don Pablo's Limited, Inc.**                                                  **Case No. 07-11278(MFW)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. §112; Fed. R. Bankr. P. 1007(m)

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS OF NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| NONE | |

FORM B6H (10/05)

**In re: Don Pablo's Limited, Inc.**                                **Case No. 07-11278(MFW)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. §112; Fed. Bankr. P. 1007(m)

☐ Check this box if debtor has no codebtors.

| NAME AND MAILING ADDRESS OF CODEBTOR | NAME AND MAILING ADDRESS OF CREDITOR |
|---|---|
| See attached Schedule H | |

**In re: Don Pablo's Limited, Inc.**
**Case No. 07-11278**
Schedule H
Codebtors

| Name of codebtor | Address | City | State | Zip | Name of creditor | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Avado Brands, Inc. | | | | | CO Department of Revenue | | | Denver | CO | 80261-0008 |
| Avado Brands, Inc. | | | | | IL Department of Revenue | PO Box 109045 | | Springfield | IL | 62794-9045 |
| Avado Brands, Inc. | | | | | Internal Revenue Service | c/o US Dept of Justice | 717 N. Harwood | Dallas | TX | 75201 |
| Avado Brands, Inc. | | | | | Internal Revenue Service | | | Ogden | UT | 84201 |
| Avado Brands, Inc. | | | | | OH Department of Taxation | PO Box 804 | | Columbus | OH | 43216-0804 |
| Avado Brands, Inc. | 150 Hancock St | Madison | GA | 30650 | DDJ Capital Management, LLC, as agent | 130 Turner Street | Bldg 3 Ste #600 | Waltham | MA | 02453 |
| Don Pablo's Holding Corp | | | | | Internal Revenue Service | | | Ogden | UT | 84201 |
| Don Pablo's Holding Corp. | | | | | CO Department of Revenue | | | Denver | CO | 80261-0008 |
| Don Pablo's Holding Corp. | | | | | IL Department of Revenue | PO Box 109045 | | Springfield | IL | 62794-9045 |
| Don Pablo's Holding Corp. | | | | | Internal Revenue Service | c/o US Dept of Justice | 717 N. Harwood | Dallas | TX | 75201 |
| Don Pablo's Holding Corp. | | | | | OH Department of Taxation | PO Box 804 | | Columbus | OH | 43216-0804 |
| Don Pablo's Holding Corp. | 150 Hancock St | Madison | GA | 30650 | DDJ Capital Management, LLC, as agent | 130 Turner Street | Bldg 3 Ste #600 | Waltham | MA | 02453 |
| Don Pablo's of Texas, LP | 150 Hancock St | Madison | GA | 30650 | DDJ Capital Management, LLC, as agent | 130 Turner Street | Bldg 3 Ste #600 | Waltham | MA | 02453 |
| Don Pablo's Operating Corp. | 150 Hancock St | Madison | GA | 30650 | CO Department of Revenue | | | Denver | CO | 80261-0008 |
| Don Pablo's Operating Corp. | 150 Hancock St | Madison | GA | 30650 | IL Department of Revenue | PO Box 109045 | | Springfield | IL | 62794-9045 |
| Don Pablo's Operating Corp. | 150 Hancock St | Madison | GA | 30650 | Internal Revenue Service | c/o US Dept of Justice | 717 N. Harwood | Dallas | TX | 75201 |
| Don Pablo's Operating Corp. | 150 Hancock St | Madison | GA | 30650 | Internal Revenue Service | | | Ogden | UT | 84201 |
| Don Pablo's Operating Corp. | 150 Hancock St | Madison | GA | 30650 | OH Department of Taxation | PO Box 804 | | Columbus | OH | 43216-0804 |
| Don Pablo's Operating Corp. | 150 Hancock St | Madison | GA | 30650 | DDJ Capital Management, LLC, as agent | 130 Turner Street | Bldg 3 Ste #600 | Waltham | MA | 02453 |
| Hops Alexandria, Inc. | 150 Hancock St | Madison | GA | 30650 | CO Department of Revenue | | | Denver | CO | 80261-0008 |
| Hops Alexandria, Inc. | 150 Hancock St | Madison | GA | 30650 | IL Department of Revenue | PO Box 109045 | | Springfield | IL | 62794-9045 |
| Hops Alexandria, Inc. | 150 Hancock St | Madison | GA | 30650 | Internal Revenue Service | | | Ogden | UT | 84201 |
| Hops Alexandria, Inc. | 150 Hancock St | Madison | GA | 30650 | OH Department of Taxation | PO Box 804 | | Columbus | OH | 43216-0804 |
| Hops Alexandria, Inc. | 150 Hancock St | Madison | GA | 30650 | DDJ Capital Management, LLC, as agent | 130 Turner Street | Bldg 3 Ste #600 | Waltham | MA | 02453 |
| Hops Grill & Bar, Inc. | 150 Hancock St | Madison | GA | 30650 | Internal Revenue Service | | | Ogden | UT | 84201 |
| Hops Grill & Bar, Inc. | 150 Hancock St | Madison | GA | 30650 | OH Department of Taxation | PO Box 804 | | Columbus | OH | 43216-0804 |
| Hops Grill and Bar, Inc | 150 Hancock St | Madison | GA | 30650 | CO Department of Revenue | | | Denver | CO | 80261-0008 |
| Hops Grill and Bar, Inc | 150 Hancock St | Madison | GA | 30650 | IL Department of Revenue | PO Box 109045 | | Springfield | IL | 62794-9045 |
| Hops Grill and Bar, Inc | 150 Hancock St | Madison | GA | 30650 | Internal Revenue Service | c/o US Dept of Justice | 717 N. Harwood | Dallas | TX | 75201 |
| Hops Grill and Bar, Inc | 150 Hancock St | Madison | GA | 30650 | DDJ Capital Management, LLC, as agent | 130 Turner Street | Bldg 3 Ste #600 | Waltham | MA | 02453 |
| Hops NEF, Inc. | 150 Hancock St | Madison | GA | 30650 | CO Department of Revenue | | | Denver | CO | 80261-0008 |
| Hops NEF, Inc. | 150 Hancock St | Madison | GA | 30650 | IL Department of Revenue | PO Box 109045 | | Springfield | IL | 62794-9045 |
| Hops NEF, Inc. | 150 Hancock St | Madison | GA | 30650 | Internal Revenue Service | | | Ogden | UT | 84201 |
| Hops NEF, Inc. | 150 Hancock St | Madison | GA | 30650 | OH Department of Taxation | PO Box 804 | | Columbus | OH | 43216-0804 |
| Hops NEF, Inc. | 150 Hancock St | Madison | GA | 30650 | DDJ Capital Management, LLC, as agent | 130 Turner Street | Bldg 3 Ste #600 | Waltham | MA | 02453 |
| Hops of Virginia, Ltd | 150 Hancock St | Madison | GA | 30650 | DDJ Capital Management, LLC, as agent | 130 Turner Street | Bldg 3 Ste #600 | Waltham | MA | 02453 |
| The Hops Northeast Florida Joint Venture No. III | 150 Hancock St | Madison | GA | 30650 | DDJ Capital Management, LLC, as agent | 130 Turner Street | Bldg 3 Ste #600 | Waltham | MA | 02453 |

11/2/2007 7:18 PM
00046100

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**In Re: Don Pablo's Limited, Inc.**                                            Case No. 07-11278(MFW)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

I, Kurt Schnaubelt, Executive Vice President and Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  //-2-07 _____          Signature: _____

Kurt Schnaubelt

**Executive Vice President and Chief Financial Officer**

------------------------------------------------------------------------------------------------------------------------

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.§§ 152 and 3571.**