## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

Debtor's Name:  **Supplements LT Inc.**          Bank:  **US Bank**

**(f/k/a Leiner Health**                                  **US Bank**

**Products Inc.) et al.**                                 **US Bank**

Bankruptcy Case Number:  **08-10446(KJC)**          Account Number:  **129211000**

**129211001**

**129211002**

Confirmation Date:      **October 15, 2008**          Account Type:  **Money Market Account**

Effective Date:            **December 30, 2008**                       **Money Market Account**

**Money Market Account**

Reporting Period (month/year):  **March/2013**

Beginning Cash Balance:                                          $2,282,378.09

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $ | 0.00 |
| Collection of Accounts Receivable: | $ | 0.00 |
| Retainer/Overpayment Professional/Bank Fees Refund: | $ | 0.00 |
| Sale of Debtor's Assets (footnote to explanation): | $ | 0.00 |
| Tax Refund: | $ | 0.00 |
| Total of cash received: | $ | 0.00 |
| Total of cash available: | $ | 2,252,377.10 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | 0.00 |
| Disbursements made to bankruptcy professionals: | $ | 21,415.73 |
| All other disbursements made in the ordinary course: | $ | 8,585.26 |
| Total Disbursements | $ | 30,000.99 |
| Ending Cash Balance | $ | 2,252,377.10 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: April 24, 2013                    Name/Title: _By: _____

KDW Restructuring and Liquidation Services LLC,
*as Liquidating Trustee for the LHP Liquidating Trust*
*By:  James D. Hunt, Its:  COO*

21592/2
**24610940.2**

-2-

**Balance Sheet**

| ASSETS | March 31, 2013 | |
|---|---|---|
| Cash (Unrestricted) | 2,252,377.10 | |
| Cash (Restricted) | 0.00 | |
| Accounts Receivable (Net) | 0.00 | |
| Inventory | 0.00 | |
| Notes Receivable | 0.00 | |
| Prepaid Expenses (retainers, DIP advances) | 0.00 | |
| Other (Attach List) ** | 0.00 | |
| *Total Current Assets* | 2,252,377.10 | |
| Property, Plant & Equipment | | |
| Real Property & Improvements *** | 0.00 | |
| Machinery & Equipment | 0.00 | |
| Furniture, Fixtures & Office Equipment | 0.00 | |
| Vehicles | 0.00 | |
| Leasehold Improvements | 0.00 | |
| Less: Accumulated Deprec/Depletion | 0.00 | |
| *Total Property, Plant & Equipment* | 0.00 | |
| Due from Affiliates & Insiders | 0.00 | |
| Other (Attach List) **** | 0.00 | |
| *Total Assets* | 2,252,377.10 | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | 0.00 | |
| Taxes Payable *(estimated accrual)* | 0.00 | |
| Notes Payable | 0.00 | |
| Professional Fees *(per final fee applications)* | 0.00 | |
| Secured Debt | 0.00 | |
| Due to Affiliates & Insiders | 0.00 | |
| Other (Attach List) | 0.00 | |
| *Total Postpetition Liabilities* | 0.00 | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | 0.00 | |
| Priority Debt - Per Plan *(estimated)* | 0.00 | |
| Unsecured Debt - Per Plan *(estimated)* | 1,068,755,903.36 | |
| Other (Administrative Claims) - Per Plan | 0.00 | |
| Total Prepetition Liabilities *(estimated)* | 1,068,755,903.36 | |
| Total Liabilities | 1,068,755,903.36 | |
| **Equity** | | |
| Common Stock | 0.00 | |
| Retained Earnings (Deficit) | 0.00 | |
| Total Equity (Deficit) | 0.00 | |

-2-